UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY RAY SHARPES,

          Plaintiff,

   v.

NANCY A. BERRYHILL,

          Defendant.

CASE NO. C17-1425JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The court GRANTS Plaintiff's *in forma pauperis* application (IFP Mot. (Dkt. # 1)) and ORDERS:

    (1)    Plaintiff shall be issued summonses; and

    (2)    Plaintiff is responsible for serving the complaint and summonses and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's

//

1 | identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 22nd day of September, 2017.

JAMES L. ROBART
United States District Judge

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 2