UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY RAY SHARPES,

                Plaintiff,

   v.

NANCY A. BERRYHILL,

                Defendant.

Case No. C17-1425JLR

ORDER

THIS MATTER is before the court on plaintiff Ricky Ray Sharpes's motion for fees, expenses, and costs (Dkt. # 18). Although the motion was not identified as stipulated, Mr. Sharpes submitted a stipulation with the motion indicating that defendant Nancy A. Berryhill agrees to the award of attorneys' fees, expenses, and costs requested. (*See* Stip. (Dkt. # 18-4).)

Therefore, based on Mr. Sharpes's motion, the stipulation, and a review of the record and pleadings on file with the court, it is hereby ORDERED that Mr. Sharpes is awarded $6,352.93 in attorneys' fees and $15.99 in expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset allowed under the Treasury Offset Program as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Mr. Sharpes is

ORDER - 1

further awarded costs in the amount of $5.00 pursuant to 28 U.S.C. §1920.

If it is determined that this award of fees, expenses, and costs is not subject to any offset allowed pursuant to the Department of Treasury's Offset Program, then the check for the award shall be made payable to Mr. Sharpes's attorney, Jeffrey Schwab, and sent to the following address: Jeffrey Schwab, P.O. Drawer 1429, Moses Lake, Washington 98837. If the award is subject to any offset, the check shall be made payable to Mr. Sharpes and sent to his attorney at the address listed above.

DATED this 30th day of August, 2018.

JAMES L. ROBART
United States District Judge